1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

**United States District Court**
For the Northern District of California

GEORGE MURPHY, an individual; DUX          No. C 03-00539 WHA
CAPITAL MANAGEMENT
CORPORATION, a Bahamas corporation;
JERRY DAVIS, an individual, on their own
behalf and as interim assignees and as          **ORDER FOR DISBURSEMENT**
representative shareholders asserting claims of   **OF PROCEEDS OF**
LONG LIFE NOODLE COMPANY, INC., a          **SUPERSEDEAS BOND TO**
California corporation,                                   **SATISFY JUDGMENT**
                                                              **AFFIRMED ON APPEAL**
                     Plaintiff,

       v.

YAGEO CORPORATION, a Taiwan
corporation; YAGEO HOLDING
(BERMUDA) LIMITED, a Bermuda
corporation; REXTRON INTERNATIONAL
LIMITED, a British Virgin Islands corporation,
a.k.a. and/or d.b.a. Rextron Corporation and/or
Rextron Inc.; EQUITY PLUS SECURITIES
LTD., a British Virgin Islands corporation;
LONG LIFE NOODLE COMPANY, nominal
defendant and real-party-in-interest on
derivative claims; PIERRE T.M. CHEN, an
individual, AN-ERH CHEN, an individual;
GEORGE CHEN, an individual; GAYLE
JOCELYN CHAN, an individual; and d.b.a.
LAW OFFICE OF GAYLE J. CHAN; YAN
SHENG CHAN, an individual; CHENG-LING
LEE, an individual; REX Y.C. YANG, an
individual; WEN-CHIN YEH, an individual;
ROBERT BUNZELL, an individual; BARTKO
ZANKEL, TARRANT & MILLER, a
professional corporation; MICHAEL G.W.
LEE, an individual and d.b.a. LAW OFFICES
OF MICHAEL G.W. LEE; and DOES 1–100,
inclusive,

                     Defendants.
                                                              /

**United States District Court**
For the Northern District of California

1    Plaintiffs and judgment creditors have submitted a request to satisfy the final judgment

2    entered in their favor in this action.  On June 30, 2004, a judgment was entered against

3    defendants and in favor of Dux Capital Management in the amount of $2,498,106.  Defendants

4    moved for a stay of the action, which the Court granted requiring defendants to post a bond of

5    the full amount of the judgment plus $100,000.  A reduced amended judgment of $1,292,306

6    was entered on August 31, 2005, and enforcement of the judgment was stayed using similar

7    terms.

8    Parties filed cross-appeals from the amended judgment.  The Ninth Circuit affirmed the

9    amended judgment on all issues on March 2, 2007.  Dux petitioned to have one issue in its

10   cross-appeal reheard, but the petition was denied on May 23, 2007.  A decree affirming the

11   amended judgment was issued on June 7, 2007, awarding a judgment of $1,292,306 plus

12   $508.20 in costs.  The total amount of the bond deposited with the Court is currently

13   $1,524,155.64, inclusive of interest earned.

14   Plaintiffs and defendants attempted to stipulate to disburse the funds.  They were unable

15   to agree, so plaintiffs filed this motion.  Initially, defendants filed a limited opposition because

16   plaintiffs' motion did not have the agreement of all possible lienholders, specifically

17   Christopher R. Miller and the law firm Baker & McKenzie, who could potentially claim an

18   interest in the judgment.  On June 14, 2007, plaintiffs filed a disclaimer and release of interest

19   in judgment in which Miller and the Baker firm disclaimed any interest in the judgment.  With

20   that release, all plaintiffs and potential claimants to the judgment are in agreement as to the

21   disbursement of funds.  The next day, defendants withdrew their limited opposition to plaintiffs'

22   request.

23   Accordingly, plaintiffs' request for an order to disburse the proceeds of the supersedeas

24   bond is **GRANTED**.  The Finance Unit of the Clerk's Office is directed to disburse to the Client

25   Trust Account of Squire, Sanders, and Dempsey L.L.P., counsel for Dux, the following

26   amounts:  (1) $1,292,306, the full amount of the amended judgment; (2) post-judgment interest

27   of $72,951.56 as of June 12, 2007, the date the request was filed, plus $71.87 per day through

28   and including the day this order is executed; and (3) awarded appellate costs in the amount of

2

$508.20.  Any remaining funds comprising the cash bond should be distributed via check payable to "William McGrane, Trustee."  Because parties are in agreement on the disbursement of funds, no hearing is necessary on this request.

**IT IS SO ORDERED.**

Dated:  June 21, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

3